JOHN J. KIRKPATRICK, Appellant, *v.* ALLEMANNIA FIRE INSURANCE COMPANY, Respondent.

*Kirkpatrick* v. *Allemannia Fire Ins. Co.,* 102 App. Div. 327, affirmed.
(Argued February 6, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 10, 1905, affirming a judgment in favor of defendant

entered upon a verdict and an order denying a motion for a new trial.

*William B. Ellison* and *Arnold L. Davis* for appellant.

*Edgar J. Nathan* and *Michael H. Cardozo* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.